UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-04021-Sanchez

IN RE SEALED COMPLAINT
_____/

FILED BY ___dgj___ D.C.
Oct 18, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

**MOTION TO SEAL**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Complaint, arrest warrant, and any resulting order be SEALED until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the Complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause, for the reasons that the named defendant may flee or continue flight from the United States, the safety of the arresting officers could be compromised, and the integrity of an ongoing investigation may be compromised should knowledge of this Complaint become public. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Eli S. Rubin
Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov