UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-04021-Sanchez

IN RE SEALED COMPLAINT
_____/

**SEALED ORDER**

FILED BY _____dgj_____ D.C.
Oct 18, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIA

The United States of America, having applied to this Court for an Order sealing the Complaint, arrest warrant, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Complaint, arrest warrant, and this Order shall be filed under seal until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Complaint, arrest warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 18th day of October, 2023.

_____
HONORABLE EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Eli S. Rubin