**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-MJ-04021



FILED BY _____ D.C.
OCT 19 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

**FILED UNDER SEAL**

### NOTICE OF TEMPORARY APPEARANCE

**NOTICE IS HEREBY GIVEN** that Silvia B. Piñera-Vazquez, Esq., and the Piñera-Vazquez Law Firm, enter a temporary appearance as counsel for the defendant **JUAN RAMON MOLINA**, in this cause in the Southern District of Florida.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
1200 Brickell Avenue Suite 520
Miami, Florida 33131
Tel: (305) 443-0629
Fax: (305) 377-3030

_/s/ Silvia B. Piñera-Vazquez_
Silvia B. Piñera-Vazquez
sbp@pineravazquezlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2023, the foregoing sealed document was filed by hand with the Clerk of the Court.

_/s/ Silvia B. Piñera-Vazquez_
Silvia B. Piñera-Vazquez, Esq.