UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

UNITED STATES OF AMERICA

v.                                                              **UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

**Defendant.**
_____/

## MOTION TO CONTINUE INITIAL APPEARANCE ONE DAY

The United States of America moves the Court to continue Defendant Juan Ramon Molina Rodriguez's Initial Appearance one day, to November 3, 2023. Mr. Molina Rodriguez does not oppose the instant motion. The parties stipulate:

1. Mr. Molina Rodriguez was arrested in Houston, Texas, on October 18, 2023. He had his Initial Appearance in the Southern District of Texas on October 19, 2023, where he elected to have his Preliminary and Detention Hearings in the Southern District of Florida.

2. U.S. Marshals transported Mr. Molina Rodriguez to the Southern District of Florida during the evening of November 1, 2023.

3. While Mr. Molina Rodriguez has spoken with counsel, due to his location and travel, he has been unable to meet with counsel and thoroughly discuss the charge against him.

4. The United States and defense counsel have discussed different paths forward for the prosecution, several of which could be affected by the occurrence of Mr. Molina Rodriguez's Initial Appearance this afternoon. The parties would like to continue such discussions prior to the Initial Appearance and with the benefit of Mr. Molina Rodriguez's presence in the Southern District of Florida.

5. The Defendant, per retained counsel, does not oppose the instant motion.

WHEREFORE, the parties request that Mr. Molina Rodriguez's Initial Appearance be continued until November 3, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: *[signature]*

Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov