UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

UNITED STATES OF AMERICA

v.                                                            **UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.
_____/

## SEALED ORDER

Upon the United States of America's unopposed motion for a one-day continuance of Defendant Juan Ramon Molina Rodriguez's Initial Appearance, and for the reasons stated therein,

**IT IS HEREBY ORDERED** that the motion is granted. Defendant Juan Ramon Molina Rodriguez's Initial Appearance is continued until November 3, 2023.

**DONE AND ORDERED** in chambers at Miami, Florida, this 2nd day of November, 2023.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Eli S. Rubin