UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021

**SEALED**

FILED BY_____D.C.
NOV 03 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.

_____/

**FILED UNDER SEAL**

## MOTION FOR SEALED INITIAL APPEARANCE

The defendant, **JUAN MOLINA RODRIGUEZ**, through undersigned counsel files this Motion for the Court to Conduct a Sealed Initial Appearance. The grounds for this request are detailed below.

1. Mr. Molina is a Honduran national who was arrested in Houston, Texas on October 18, 2023. Mr. Molina's initial appearance was conducted on October 19, 2023, in the Southern District of Texas where he waived removal and elected to have his bond hearing in the Southern District of Florida.

2. On November 1, 2023, Mr. Molina was transported to the Southern District of Florida by the United States Marshals. His initial appearance is currently scheduled for November 3, 2023.

3. On November 2, 2023, undersigned counsel was finally afforded an opportunity to met with Mr. Molina personally in order to discuss the sealed criminal complaint and potential paths forward.

4. Mr. Molina is charged with violations related to the Foreign Corrupt

Government Practices Act and money laundering in a sealed criminal complaint. Several of the allegations in the criminal compliant involve high level government officials and contain sensitive information. Mr. Molina is the first individual arrested in this international investigation.

5. At this juncture, Mr. Molina's arrest is not public knowledge in Honduras and both the government and Mr. Molina would prefer to maintain this status so that Mr. Molina has the opportunity to cooperate with the government in undercover operations. For this reason, Mr. Molina and the government request that his initial appearance remain sealed.

6. The parties are in the process of discussing a reasonable bond package that they intend to present to the Court for consideration. It is anticipated that this package will be presented at tomorrow's sealed initial appearance hearing.

7. The government does not object to the granting of this motion.

**WHEREFORE**, the defendant **JUAN RAMON MOLINA RODRIGUEZ**, respectfully requests that this Motion for a Sealed Initial Appearance hearing be granted.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
1200 Brickell Avenue Suite 520
Miami, Florida 33131
Tel: (305) 443-0629
Fax: (305) 377-3030

Silvia B. Piñera-Vazquez

-2-

sbp@pineravazquezlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 3, 2023, the foregoing sealed document was filed by hand with the Clerk of the Court and electronically mailed to AUSA Eli Rubin.

Silvia B. Piñera-Vazquez, Esq.