# MINUTE ORDER

Page 3

## Magistrate Judge Lauren F. Louis

**Atkins Building Courthouse - 11th Floor**          Date: 11/3/23      Time: 2:30 p.m.

Defendant:  Juan Ramon Molina Rodriguez  J#: 10685-506      Case #: 23-4021-MJ-SANCHEZ **(SEALED)**

AUSA:  Eli Rubin                                    Attorney:  Silvia Pinera-Vasquez

Violation: Conspiracy to Commit Money Laundering

Surr/Arrest Date: 10/18/23      YOB: 1965

Proceeding: Initial Appearance                      CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at:                                        Co-signed by:

☑ **Surrender and/or do not obtain passports/travel docs**

Language:  English

☑ **Report to PTS as directed/or** _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☑ **No firearms**

☑ **Not to encumber property & cosignors**

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Defendant advised of rights and charges

Counsel files temporary appearance

**Defendant Waives Preliminary Examination thru 12/1/23**

**STIP $2.75 Million PSB cosigned by 3 people (Jorge Colindres, Yolanda Casalla & Aracely Molina) $250K w/10% bond (released). Defendant has until Monday COB for cash & signatures**

**\*\*Brady order given\*\***

Time from today to 12/1/23 excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| **Report RE Counsel:** | **12/1/23** | **10:00 a.m.** | **Duty/Miami** | |
| PTD/Bond Hearing: | | | | |
| **Arraignment:** | **12/1/23** | **10:00 a.m.** | **Duty/Miami** | |
| Status Conference RE: | | | | |

D.A.R.  14:34:42 **(Sealed)**                    Time in Court: _____ 25 mins

s/Lauren F. Louis                                         Magistrate Judge