UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mj-4021-Sanchez

UNITED STATES OF AMERICA

v.   **UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.
_____/

## UNOPPOSED MOTION FOR A PROTECTIVE ORDER REGULATING DISCLOSURE OF CERTAIN DISCOVERY

Pursuant to Federal Rule of Criminal Procedure 16(d), the United States of America (the "United States") files this motion for a protective order regulating disclosure of the discovery materials in this case (the "Discovery Materials"). The Criminal Complaint in this case charges defendant Juan Ramon Molina Rodriguez (the "defendant") with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h). The Discovery Materials contain personal financial information, including information relating to bank account numbers, addresses, social security and passport numbers, and dates of birth, concerning the defendant and others (collectively, the "PII and Sensitive Information"). Given the volume and format of the PII and Sensitive Information, it is not practicable for the United States to redact it.

Accordingly, in order to ensure the protection of the PII and Sensitive Information and to avoid the disclosure of this information to other individuals, the United States requests that the Court enter an order regulating disclosure of discovery as follows:

1. The United States is authorized to disclose to the defendant the PII and Sensitive Information in its possession to facilitate pre-indictment negotiations and to comply with the discovery obligations imposed by this Court.

2. The United States shall designate that portion of the Discovery Materials that includes PII and Sensitive Information as "Confidential."

3. Discovery Materials designated as "Confidential" shall be governed by the following rules:

a. Counsel of record for the defendant shall hold the Confidential portion of the Discovery Materials in strictest confidence. Therefore, defense counsel shall restrict access to this discovery, and shall disclose this discovery to their client, office staff, investigators, and to anticipated fact or expert witnesses only to the extent defense counsel reasonably believes is necessary to assist in the defense of his/her client in this matter and in a manner that will prohibit the disclosure of this discovery to other persons not involved in the defense;

b. Counsel of record for the defendant shall advise any person to whom the Confidential portion of the Discovery Materials is disclosed that such information shall be held in strictest confidence, and that further disclosure or dissemination is prohibited without defense counsel's express written consent;

c. Counsel of record for the defendant shall obtain a certification from each person to whom the Confidential portion of the Discovery Materials is disclosed, excluding members of the attorney's office staff, in which the recipient, (a) acknowledges these restrictions as set forth in the Protective Order of the Court, and (b) agrees that they will not disclose or disseminate the information without express written consent of defense counsel. Counsel shall keep a copy of each certification to identify the individuals who received the Confidential portion of the Discovery Materials and the date on which such information was first disclosed; and

d.  Counsel of record agrees that, upon conclusion of the above captioned case,[1] copies of the Confidential portion of the Discovery Materials disclosed to defense counsel pursuant to the terms of this order shall be destroyed or returned to the United States.

Counsel of record for the defendant does not oppose the government's request for a protective order.

                                                Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | MARKENZY LAPOINTE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| CRIMINAL DIVISION | SOUTHERN DISTRICT OF FLORIDA |
| U.S. DEPARTMENT OF JUSTICE | |
| | |
| BY:  /s/ Peter L. Cooch | BY:  /s/ Eli S. Rubin |
| Peter L. Cooch | Eli S. Rubin |
| Anthony Scarpelli | Assistant United States Attorney |
| Trial Attorneys | Court ID No. A5503535 |
| 1400 New York Avenue, NW | 99 N.E. 4th Street |
| Washington, DC 20005 | Miami, Florida 33132 |
| (202) 924-6259 | (305) 961-9247 |
| Email: Peter.Cooch@usdoj.gov | Email: Eli.Rubin@usdoj.gov |
| Email: Anthony.Scarpelli2@usdoj.gov | |

---

[1]  This shall mean the period at the conclusion of any appellate and Section 2255 proceedings, if any, or upon expiration of the deadline for filing appellate or Section 2255 proceedings.