UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

UNITED STATES OF AMERICA,

v.

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.

_____/

**ORDER**

This matter comes before the Court on the United States of America's Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act filed November 29, 2023. Defendant Juan Ramon Molina Rodriguez and his counsel join in, and signed, the motion.

The motion is hereby **GRANTED**.

Defendant Molina Rodriguez's arraignment is adjourned until February 1, 2024, and the time between December 1, 2023, and February 1, 2024, shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h), as the Court finds good cause shown and that the ends of justice served by taking this action outweigh the interests of the parties and the public in a speedy trial. The parties' stipulation sets forth the voluminous discovery that the United States has already provided to the defense; the need for counsel for the defendant to review discovery with the defendant; the need for time for effective preparation taking into account the

exercise of due diligence; and the desire of the parties to discuss the possible resolution of the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on November 30th, 2023.

_____
HON. EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE