UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-4021-SANCHEZ

FILED UNDER SEAL

UNITED STATES OF AMERICA,

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

## ORDER GRANTING SECOND CONSENT MOTION TO CONTINUE ARRAIGNMENT AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

**THIS CAUSE** came before the Court on Second Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act, filed under seal by the United States of America on January 22, 2024 ("Motion") [ECF No. 19].

THE COURT has considered the Motion and the record and is otherwise fully advised in the premises. In the Motion, the parties request that the Arraignment presently set for February 1, 2024, be continued for two weeks until February 15, 2024, in order to allow additional time for Defendant's counsel to continue review of discovery and for the parties to work toward a potential pre-indictment resolution. The Motion also indicates that the Defendant consents to the continuance, as reflected in a signed consent and waiver included with the Motion.

Accordingly, based on the foregoing, and noting that the Defendant consents to the relief requested, it is hereby

ORDERED AND ADJUDGED that the Second Consent Motion to Continue Arraignment [ECF No.19] is **GRANTED**. The Arraignment in this matter shall be continued

and reset for **February 15, 2024**, **at 10:00 A.M.**, in the Miami Division before the Miami Duty Magistrate Judge. The Court finds that the ends of justice served by this delay outweigh the interests of the Defendant and of the public in a speedy trial under 18 U.S.C. § 3161(h). For the reasons set forth in the Motion, the Court deems the time period of February 1, 2024, up to and including February 15, 2024, excludable in computing the time within which an information or indictment must be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of January, 2024.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record