## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-MJ-04021-SANCHEZ

**UNITED STATES OF AMERICA**

v.                                                    **UNDER SEAL**

**JUAN RAMON MOLINA,**

      **Defendant.**

_____/

### NOTICE OF PERMANENT   APPEARANCE

      **NOTICE IS HEREBY GIVEN** that  Silvia B. Piñera-Vazquez, Esq., and the

PIÑERA-VAZQUEZ LAW FIRM, enters a permanent appearance as counsel for the

defendant **JUAN RAMON MOLINA,** in this cause and for all proceedings in the

Southern District of Florida. This appearance is limited to proceedings before the trial

court only and does not include any proceedings in the Eleventh Circuit Court of

Appeals or any other collateral proceeding.

      Respectfully submitted,

      **PIÑERA-VAZQUEZ LAW FIRM**
      1200 Brickell Avenue Suite 520
      Miami, Florida 33131
      Tel:  (305) 443-0629
      Fax: (305) 377-3030

      Silvia B. Piñera-Vazquez, Esq.
      Florida Bar Number 821527
      sbp@pineravazquezlaw.com

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on January 31, 2024,  the foregoing document was hand-delivered to the  Clerk of the Court to be filed Under Seal.  I also certify that this document is being served simultaneously on all counsel of record.

Silvia B. Piñera-Vazquez, Esq.