UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

FILED BY KAN D.C.
Feb 1, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

UNDER SEAL

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.
_____/

## THIRD CONSENT MOTION TO CONTINUE ARRAIGNMENT AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

The United States of America (the "United States") hereby moves the Court, with the express consent of the defendant, Juan Ramon Molina Rodriguez (hereafter Molina Rodriguez), and the defendant's counsel, to adjourn the arraignment in this case two months until April 15, 2024, and to order that all time from and including February 15, 2024, through April 15, 2024, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161(h).

The parties hereby stipulate and agree: (i) that good cause exists to adjourn the arraignment and to extend the time to indict in this case; (ii) that the time period from and including February 15, 2024, through April 15, 2024, shall constitute excludable delay under the Speedy Trial Act; and (iii) that the delay is based on the interests of justice due to the need for time for defendant's counsel to review discovery with the defendant and effectively prepare taking into account the exercise of due diligence, as well as the desire of the parties to continue to discuss the possible resolution of the case, all of which are in the interests of justice and

outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). In support of this motion, the parties state as follows:

1. On October 18, 2023, Molina Rodriguez was arrested in Houston, Texas. A Criminal Complaint was filed that same day charging him with Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h). (Dkt. No. 1.) The Criminal Complaint details an international bribery and money laundering conspiracy involving conduct in at least three countries, over $10 million in corrupt contract proceeds, numerous conspirators, and at least two offshore bank accounts, wherein bribe payments were deposited.

2. Molina Rodriguez had his Initial Appearance in the Southern District of Texas and elected to have his Preliminary and Detention Hearings in the Southern District of Florida. Commitment to Another District (Dkt. No. 6), *United States v. Juan Ramon Molina Rodriguez*, 4:23-mj-02017 (S.D. Tex. Oct. 19, 2023) (SEALED).

3. U.S. Marshals transported Molina Rodriguez to the Southern District of Florida on approximately November 1, 2023.

4. On November 3, 2023, Molina Rodriguez had his Initial Appearance in the Southern District of Florida, where he was represented by retained counsel. Molina Rodriguez waived his right to a Preliminary Hearing and was released on bond. Pursuant to a joint *ore tenus* motion, Molina Rodriguez's arraignment was scheduled for December 1, 2023, and the time between and including November 24, 2023, and December 1, 2023, was excluded under the Speedy Trial Act.

5. On November 30, 2023, the Court granted the parties' first Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act (filed under seal November 29, 2023). Molina Rodriguez's Arraignment was rescheduled for February 1, 2024.

6. On January 22, 2024, the Court granted the parties' second Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act. Molina Rodriguez's Arraignment was rescheduled for February 15, 2024. The parties sought only a two-week continuance based on the information at-hand.

7. On January 26, 2024, law enforcement obtained new, unexpected information that warrants an additional continuance. If necessary, the parties can provide the Court with additional information in a sealed telephonic hearing.

8. Since Molina Rodriguez's arrest, the United States has provided Molina Rodriguez with voluminous discovery pursuant a Court-issued Protective Order; Molina Rodriguez and counsel have met with counsel for the United States and law enforcement several times; counsel for the parties have had numerous telephonic meetings; and the parties have made meaningful progress towards resolution of the case.

9. The Speedy Trial Act requires that an information or indictment be filed within 30 days of a defendant's arrest or service with summons. 18 U.S.C. § 3161(b). However, if the trial judge determines that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, the delay occasioned by such continuance is excluded from the Act's time limits. 18 U.S.C. § 3161(h)(8)(A).

10. The parties jointly request that all time from and including February 15, 2024, through April 15, 2024, be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161(h). Extending the time period to indict would be in the interests of justice because the additional time is necessary in this case due to the need for time for counsel to review discovery with the defendant and effectively prepare taking into account the exercise of due diligence, as well as the desire of the parties to continue

discussing the possible resolution of the case, all of which are in the interests of justice and outweigh the best interests of the public and the defendant in a speedy trial.

11. Molina Rodriguez hereby agrees to waive any objections under the Speedy Trial Act and to extend the government's time to file an indictment or information in this case for the time period specified in this motion. This waiver is made knowingly, intentionally, and voluntarily by the defendant; with full knowledge of the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and with the advice and consent of defense counsel.

WHEREFORE, the parties request an order providing that all time from and including February 15, 2024, through April 15, 2024, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161(h), and that the arraignment be adjourned until April 15, 2024.

Respectfully submitted,

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

BY: /s/ Peter L. Cooch
Peter L. Cooch
Anthony Scarpelli
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20005
(202) 924-6259
Email: Peter.Cooch@usdoj.gov
Email: Anthony.Scarpelli2@usdoj.gov

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

BY: /s/ Eli S. Rubin
Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov

Defendant's Signature: I have consulted with my attorney and fully understand all of my rights with respect to a speedy trial, including my right to be charged by information and indictment within 30 days of arrest under 18 U.S.C. § 3161(b). I agree that all time from and including February 15, 2024, through April 15, 2024, should be excluded in computing the time within which an information or indictment must be filed by the government for the reasons stated in the motion. I have read this motion and carefully reviewed every part of it with my attorney. I understand this motion and voluntarily agree to it.

Date: 2\1\2024

_____
JUAN RAMON MOLINA RODRIGUEZ

Defense Counsel's Signature: I am counsel for the defendant in this case. I have fully explained to the defendant his right to be charged by information and indictment within 30 days of arrest. I have reviewed the terms and conditions of 18 U.S.C. § 3161(b), and I have fully explained to the defendant the provisions that may apply in this case. To my knowledge, the defendant's decision to delay the deadline to be charged by information or indictment and agree to the requested exclusion of time under the Speedy Trial Act is an informed and voluntary one.

Date: 2/1/2024

_____
SILVIA B. PIÑERA-VAZQUEZ, ESQ.
COUNSEL FOR DEFENDANT