UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-04021-Sanchez

UNITED STATES OF AMERICA,

v.

JUAN RAMON MOLINA RODRIGUEZ,

      Defendant.
_____/

**FILED BY** KAN **D.C.**
**Feb 6, 2024**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

**FILED UNDER SEAL**

### ORDER GRANTING THIRD CONSENT MOTION TO CONTINUE ARRAIGNMENT AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

THIS CAUSE comes before the Court on the Third Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act (ECF No. 23), which was filed under seal by the United States of America. Defendant Juan Ramon Molina Rodriguez and his counsel have joined, and signed, the motion.

The Court has considered the motion and the record and is otherwise fully advised in the premises. In the motion, the parties request that the arraignment presently set for February 15, 2024, be continued for two months, until April 15, 2024, in order to allow additional time for the Defendant and his counsel to continue to review the voluminous discovery provided by the government, for the parties to address new information that law enforcement obtained in late January, and for the parties to continue working toward a potential pre-indictment resolution. The motion also indicates that the Defendant consents to the continuance, as reflected in a signed consent and waiver included with the motion.

Accordingly, based on the foregoing, and recognizing that the Defendant consents to the relief requested and waives any objections under the Speedy Trial Act, it is hereby

**ORDERED AND ADJUDGED** that the Third Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act (ECF No. 23) is **GRANTED**. The arraignment in this matter shall be continued and reset for **April 15, 2024, at 10:00 A.M**., in the Miami Division before the Miami Duty Magistrate Judge. The Court finds that the ends of justice served by this delay outweigh the interests of the Defendant and of the public in a speedy trial under 18 U.S.C. § 3161(h). For the reasons set forth in the Motion, the Court deems the time period of February 15, 2024, through and including April 15, 2024, to be excludable in computing the time within which an information or indictment must be filed.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6th day of February 2024.

_____
EDUARDO I. SANCHEZ
UNITED STATES MAGISTRATE JUDGE