UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

UNITED STATES OF AMERICA

v.                                                              **FILED UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

   Defendant.
_____/

### Order Granting Defendant's Consent Motion to Continue Arraignment And Exclude Time Under The Speedy Trial Act

**THIS CAUSE** comes before the Court on the Defendant's, Juan Ramon Molina Hernandez, Consent Motion to Continue Arraignment and Exclude Time Under the Speedy Trial Act, which was filed under seal by the defendant.

The Court has considered the motion and the record and is otherwise fully advised in the premises. In the motion, the parties request that the arraignment presently set for June 14, 2024, be continued for one month, until July 15, 2024, in order to allow additional time for the Defendant and his counsel to continue to review the voluminous discovery provided by the government, for the parties to address new information that law enforcement obtained in late January, and for the parties to continue working toward a potential pre-indictment resolution. The motion also indicates that the parties agree on the continuance.

Accordingly, based on the foregoing, and recognizing that the Defendant consents to the relief requested and waives any objections under the Speedy Trial Act,

it is hereby

**ORDERED AND ADJUDGED** that the Defendant's Consent Motion to Continue Arraignment and Exclude Time under the Speedy Trial Act (ECF No.23) is **GRANTED**. The arraignment in this matter shall be continued and reset for **July 15, 2024 at 10:00 A.M.,** in the Miami Division before the Miami Duty Magistrate Judge. The Court finds that the ends of justice served by this delay outweigh the interest of the Defendant and of the public in a speedy trial under 18 U.S.C. § 3161 (h). For the reasons set forth in the Motion, the Court deems the time period of June 14, 2024, through and including July 15, 2024, to be excusable in computing the time within which an information or indictment must be filed.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6th day of June 2024.

_____
EDWIN G. TORRES
CHIEF MAGISTRATE JUDGE