UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-DAMIAN/VALLE

IN RE SEALED INFORMATION
_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully request that the Information, this Motion, the resulting Order, and any other related document be SEALED until the arraignment of the defendant or until further order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Information and other sealed documents for any necessary cause. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Eli S. Rubin
Assistant United States Attorney
Court ID No. A5502535
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132
Tel.: (305) 961-9247
Email: Eli.Rubin@usdoj.gov

[FILED BY TS D.C. Jul 12, 2024 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI, FL]