FILED BY ____TS____ D.C.

**Jul 12, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-DAMIAN/VALLE

IN RE SEALED INFORMATION
_____/

## SEALED ORDER

The United States of America, having applied to this Court for an Order sealing the Information, the Motion to Seal, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Information, the Motion to Seal, and this Order shall be filed under seal until the arraignment of the defendant or until further order of this Court. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Information and other sealed documents for any necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 12 day of July, 2024.

_____
HONORABLE EDWIN G. TORRES
CHIEF UNITED STATES MAGISTRATE JUDGE

cc: AUSA Eli S. Rubin