UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-04021-SANCHEZ

24-20297-CR-DAMIAN

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

**UNDER SEAL**

**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT
AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

    The defendant, **JUAN RAMON MOLINA**, through counsel, respectfully moves the Court, with the express agreement of the government, to adjourn the arraignment in this case one week, until July 22, 2024, and to order that all time from and including July 15, 2024, through July 22, 2024, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C. § 3161 (h).

    The parties hereby stipulated and agree: ( I) that good cause exists to adjourn the arraignment and to extend the time to indict in this case one final time; (ii) that the time period from and including July 15, 2024, through July 22, 2024, shall constitute excusable delay under the Speedy Trial Act; and (iii) that the delay is based on the interests of justice due to the need for time for defendant's counsel to review discovery with the defendant and effectively prepare taking into account to exercise of

due diligence, as well a the desire of the parties to continue to pursue the possible resolution of the case, all of which are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C.§ 3161(h)(7). In support of this motion, the parties state as follows:

1. On or about July 12, 2024, the government filed a Sealed Information charging Mr. Molina with conspiracy to launder funds, in violation of Title 18, United States Code, Section 1956(h).

2. Mr. Molina was previously arrested pursuant to a Sealed Arrest Warrant and is currently out on bond. Undersigned counsel entered a Permanent Appearance in this case.

3. Mr. Molina requires an additional week to finalize review of discovery and certain sensitive security issues with the government prior to his arraignment. In addition, undersigned counsel is scheduled to be at the Department of Justice in Washington DC on a separate matter next week and requests this brief continuance.

4. This motion is made in good faith and not for the purpose of delay.

5. Undersigned counsel discussed this request with AUSA Eli Rubin who stated that the government did not object to a continuance of the Arraignment.

**WHEREFORE**, the parties request an order providing that all time from and including July 15, 2024, through July 22, 2024, shall be excluded in computing the time within which an information or indictment must be filed pursuant to 18 U.S.C.§

3161 (h), and that the arraignment be adjourned until July 22, 2024.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**
1200 Brickell Avenue Suite 520
Miami, Florida 33131
Tel: (305) 443-0629
Fax: (305) 377-3030

_/s/ Silvia B. Piñera-Vazquez_
Silvia B. Piñera-Vazquez
Florida Bar Number 821527
sbp@pineravazquezlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

_/s/ Silvia B. Piñera-Vazquez_
Silvia B. Piñera-Vazquez, Esq.
