UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 24-CR-20297-DAMIAN (SEALED)

Sealed

United States of America,

v.                                                                                    SEALED

Juan Ramon Molina Rodriguez,

_____/

## WAIVER OF INDICTMENT

I, Juan Ramon Molina Rodriguez, the above named defendant who is accused of **CONSPIRACY TO COMMIT MONEY LAUNDERING**, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waived in open court on 7/22/2024, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
JUAN RAMON MOLINA
Defendant

_____
Counsel for Defendant
Silvia B. Piñera-Vazquez, Esq

_____
Eduardo I. Sanchez
United States Magistrate Judge