# COURT MINUTES

*Sealed*

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor          Date: 7/22/2024    Time: 10:00 a.m.

Defendant: Juan Ramon Molina Rodriguez   J#: BOND   Case #: 24-CR-20297-DAMIAN (SEALED)
AUSA: Eli Rubin                Attorney: Silvia B Pinera-Vazquez - PERM
Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING
Proceeding: Arraignment on Information          CJA Appt:
Bond/PTD Held: ○ Yes  ○ No    Recommended Bond:
Bond Set at: STIP- $2.75 million PSB co-signed and $250K w/10% bond    Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ____
- [ ] Other:

Language: English

Disposition:
***CASE REMAINS SEALED**  *Brady Order given 11/3/23*

Case remains sealed

Deft. sworn; Deft. executed Waiver of Indictment in open court and consents to proceed by Information

Reading of Information Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.

Deft. Arraigned

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:           *Sealed*
Status Conference RE:
D.A.R. 11:34:40 (SEALED)          Time in Court: 14 Minutes