**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-CR-20297-DAMIAN**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN RAMON MOLINA RODRIGUEZ**,

    Defendant.

_____/

**ORDER GRANTING MOTION TO SEAL NOTICE OF**
**RELATED ACTIONS [ECF NO. 35]**

THIS CAUSE came before the Court on the Government's Motion to Seal Notice of Related Actions, filed July 26, 2024 [ECF No. 35].

THE COURT has considered the Motion and the pertinent portions of the record, and, being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Notice of Pending, Refiled, Related or Similar Actions that has been filed under seal at Docket Entry No. 36 is accepted and shall remain under seal pending further order of this court.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 31st day of July, 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc:    counsel of record