UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20297-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN RAMON MOLINA RODRIGUEZ**

    Defendant.

_____/

**ORDER IDENTIFYING COURTROOM LOCATION**

PLEASE TAKE NOTICE that the Chane of Plea hearing presently set for **Tuesday, September 10, 2024, at 3:00 p.m.**, will be held in **Courtroom 13-4** at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128. The parties shall be prepared to address any pending motions and scheduling matters.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 9th day of September, 2024.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of Record