**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____D.C.

NOV 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

CASE NO. 24-20297-CR-DAMIAN/VALLE

UNITED STATES OF AMERICA

v.                                                            **UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

## JOINT MOTION TO CONTINUE SENTENCING HEARING

Defendant Juan Ramon Molina Rodriguez (the "Defendant"), and the United States of America (the "Government"), through undersigned counsel, respectfully and jointly move this Court to continue the sentencing hearing scheduled for December 10, 2024, at 11:00 a.m. In support of the motion, the Defendant and the Government state as follows:

1. On October 18, 2023, the Defendant was charged by Criminal Complaint. *See United States v. Juan Ramon Molina Rodriguez*, Case No. 23-mj-04021-Sanchez (S.D.F.L.), Dkt. No 1.

2. On November 28, 2023, a federal grand jury sitting in the Southern District of Florida returned a five-count indictment charging defendants Carl Alan Zaglin, Aldo Nestor Marchena, and Francisco Roberto Cosenza Centeno in a bribery and money laundering scheme involving the Defendant. Indictment, *United States v. Carl Alan Zaglin, et al.*, Case No. 23-20454-CR-BECERRA/TORRES (S.D. Fla.). Trial in that case is set for April 7, 2025.

3. On July 12, 2024, the Government charged the Defendant via Information with one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h),

1957(a). Information, *United States v. Juan Ramon Molina Rodriguez*, 24-20297-CR-DAMIAN/VALLE (SEALED) (S.D. Fla. July 12, 2024).

4. On September 10, 2024, the Defendant appeared before the Court for a Change of Plea hearing and entered a guilty plea as to the charge in the Information. The Defendant remains released from custody on bond pending his sentencing. To the Government's knowledge, the Defendant has not violated any of his release conditions.

5. The Defendant has continued to cooperate with the government, and to the extent helpful will continue to do so as the Government's investigation and prosecution continues.

6. Counsel for the Defendant has a trial beginning November 4, 2024, that is expected to last approximately three weeks. *See United States v. Carlos Mahecha*, Case No. 19-20738-BB. Counsel for the Defendant needs additional time to prepare for the Defendant's sentencing.

7. The Defendant and Government jointly request the Court continue sentencing to be scheduled no earlier than February 1, 2025.

8. This Motion is not being filed to create any unwarranted delay, and the relief requested will not prejudice the Government.

WHEREFORE, the Defendant and Government respectfully move this Court for an order

continuing the sentencing hearing until at least February 1, 2025.

November 14, 2024.

Respectfully submitted,

**PIÑERA-VAZQUEZ LAW FIRM**

_____
Silvia B. Piñera-Vazquez, Esq.
1200 Brickell Avenue
Suite 520
Miami, Florida 33131
T. 305-443-0629
E. sbp@pineravazquezlaw.com

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

BY: _____
Peter L. Cooch
Anthony Scarpelli
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20005
(202) 924-6259
Email: Peter.Cooch@usdoj.gov
Email: Anthony.Scarpelli2@usdoj.gov

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

BY: _____
Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on Nov. 14 a 15, 2024 the foregoing document

was hand-delivered to the Clerk of the Court to be filed Under Seal. I also certify that this document is being served simultaneously on all counsel of record.

_____
Eli S. Rubin