UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20297-DAMIAN

FILED UNDER SEAL

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN RAMON MOLINA RODRIGUEZ,**

    Defendant.
_____/

### SEALED ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING [ECF NO. 45]

THIS CAUSE is before the Court on the Defendant's Joint Motion to Continue Sentencing hearing, filed November 15, 2024 [ECF No. 45].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. The Court also notes the United States joins in the Motion. Finding good cause for the requested continuance, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 45]** is **GRANTED**. The Sentencing hearing is reset to February 11, 2025, at 10:00 AM in Miami. The specific courtroom location will be provided to the parties prior to the hearing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 18th day of November, 2024.

                                                           MELISSA DAMIAN
                                                           UNITED STATES DISTRICT JUDGE

cc:    counsel of record