SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-DAMIAN/VALLE

FILED BY _____ D.C.

NOV 20 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

v.                                                         **UNDER SEAL**

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

## THE UNITED STATES OF AMERICA
## OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America (the "United States") objects to the following in defendant Juan Ramon Molina Rodriguez's Presentence Investigation Report ("PSR").

Paragraph 26

"Brian DeHart" should be spelled "Bryan DeHart" in paragraph 26 and elsewhere in the PSR. Footnote 1 should read, "The government has verified that Bryan DeHart passed away in or around October of 2023."

Paragraph 53

In the second sentence, "Florida Company I" should be changed to "Achieve GEA, LLC". The last sentence should read, "Additionally, it is noted that Cosenza also received bribery payments totaling at least $134,000 from the uniform contracts."

Paragraphs 70 – 79

The United States believes the plea agreement sets forth the correct guidelines analysis. The government objects to the offense level computation in the PSR to the extent it differs from the guidelines analysis in the plea agreement, specifically:

1. Per § 2C1.1(b)(2) and § 2B1.1(b)(1)(F), the offense level for the underlying offense should be increased by 10 levels because the value of the payments was more than $150,000 but less than or equal to $250,000; and

2. A 1-level increase applies pursuant to § 2S1.1(b)(2)(A). Per Application Note 3(c), the 2-level increase for a conviction under 18 U.S.C. § 1956, *see* § 2S1.1(b)(2)(B), does not apply because the defendant was convicted of a violation of 18 U.S.C. § 1956(h) and the sole object of the conspiracy was a violation of 18 U.S.C. § 1957.

Respectfully Submitted

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

BY: /s/ Peter L. Cooch
Peter L. Cooch
Anthony Scarpelli
Trial Attorneys
1400 New York Avenue, NW
Washington, DC 20005
(202) 924-6259
Email: Peter.Cooch@usdoj.gov
Email: Anthony.Scarpelli2@usdoj.gov

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

BY: /s/ Eli S. Rubin
Eli S. Rubin
Assistant United States Attorney
Court ID No. A5503535
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9247
Email: Eli.Rubin@usdoj.gov