UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SEALED**

CASE NO. 24-20297-CR-DAMIAN/VALLE

UNITED STATES OF AMERICA

v.                                                                UNDER SEAL

JUAN RAMON MOLINA RODRIGUEZ,

Defendant.

_____/

FILED BY_____D.C.
DEC 20 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO UNSEAL DOCKET**

The United States of America (the "United States") hereby moves to unseal the instant docket. In support of the motion, the United States states as follows:

1. On October 18, 2023, the Defendant was charged by Criminal Complaint with Conspiracy to Commit Money Laundering based on the Defendant's involvement in a government bribery scheme occurring in the United States and Honduras. *See United States v. Juan Ramon Molina Rodriguez*, Case No. 23-mj-04021-Sanchez (S.D.F.L.), Dkt. No 1. The Criminal Complaint was filed under seal.

2. On November 28, 2023, in a related prosecution, a federal grand jury sitting in the Southern District of Florida returned a five-count indictment charging defendants Carl Alan Zaglin, Aldo Nestor Marchena, and Francisco Roberto Cosenza Centeno in a bribery and money laundering scheme involving the Defendant (the "Related Prosecution"). Indictment, *United States v. Carl Alan Zaglin, et al.*, Case No. 23-20454-CR-BECERRA/TORRES (S.D. Fla.). Trial in that case is set for April 7, 2025, before Judge Becerra.

3. On July 12, 2024, the Government charged the Defendant via Information with one count of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956(h), 1957(a).

Information, *United States v. Juan Ramon Molina Rodriguez*, 24-20297-CR-DAMIAN/VALLE (SEALED) (S.D. Fla. July 12, 2024).  The Information was filed under seal.

4. On September 10, 2024, in open Court, the Defendant pled guilty to the sole count in the Information.

5. The Defendant's sentencing is currently scheduled for February 11, 2025.

6. The United States moves to unseal the instant docket to ensure that it can comply with its discovery obligations in the Related Prosecution and to further the vital public interest in open judicial proceedings.  The Defendant opposes the motion.

WHEREFORE, the United States respectfully moves this Court to unseal the instant docket[1].

|  |  |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA |
| BY: /s/ Peter L. Cooch<br>Peter L. Cooch<br>Anthony Scarpelli<br>Trial Attorneys<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 924-6259<br>Email: Peter.Cooch@usdoj.gov<br>Email: Anthony.Scarpelli2@usdoj.gov | BY: /s/ Eli S. Rubin<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Email: Eli.Rubin@usdoj.gov |

---

[1] The instant motion only seeks to unseal those filings traditionally unsealed.  The instant motion does not seek to unseal, for example, the Defendant's Presentence Investigation Report.