UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20297-DAMIAN

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

### ORDER GRANTING MOTION TO UNSEAL DOCKET [ECF NO. 48]

**THIS CAUSE** came before the Court on the United States of America's Motion to Unseal Docket, filed December 23, 2024 [ECF No. 48].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises, including the need for United States to comply with its discovery obligations in a related prosecution and to further the vital public interest in open judicial proceedings. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 48]** is **GRANTED**. The Clerk of Court is directed to Unseal the Docket.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 30th day of December 2024.

_____
MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc: counsel of record