UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-MD

UNITED STATES OF AMERICA,

vs.

JUAN RAMON MOLINA RODRIGUEZ,

      Defendant.
_____/

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Gabrielle Raemy Charest-Turken, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:    *s/ G. Raemy Charest-Turken*
Gabrielle Raemy Charest-Turken
Assistant United States Attorney
Florida Bar No. 15939
99 N.E. 4th Street, 7th Floor
Miami FL, 33132-2111
Telephone: (305) 961-9365
E-mail: Gabrielle.Charest-Turken@usdoj.gov