UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-DAMIAN/VALLE

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

**JOINT MOTION TO CONTINUE SENTENCING HEARING**

    Defendant Juan Ramon Molina Rodriguez (the "Defendant"), and the United States of America (the "Government"), through undersigned counsel, respectfully and jointly move this Court to continue the sentencing hearing scheduled for February 11, at 10:00 a.m.  In support of the motion, the Defendant and the Government state as follows:

    1.    On October 18, 2023, the Defendant was charged by Criminal Complaint.  *See United States v. Juan Ramon Molina Rodriguez*, Case No. 23-mj-04021-Sanchez (S.D.F.L.), Dkt. No 1.

    2.    On November 28, 2023, a federal grand jury sitting in the Southern District of Florida returned a five-count indictment charging defendants Carl Alan Zaglin, Aldo Nestor Marchena, and Francisco Roberto Cosenza Centeno in a bribery and money laundering scheme involving the Defendant.  Indictment, *United States v. Carl Alan Zaglin, et al.*, Case No. 23-20454-CR-BECERRA/TORRES (S.D. Fla.).  Trial in that case is set for April 7, 2025.

    3.    On July 12, 2024, the Government charged the Defendant via Information with one count of conspiracy to commit money laundering in violation of 18 U.S.C. § 1956(h),

1957(a). Information, *United States v. Juan Ramon Molina Rodriguez*, 24-20297-CR-DAMIAN/VALLE (SEALED) (S.D. Fla. July 12, 2024).

4. On September 10, 2024, the Defendant appeared before the Court for a Change of Plea hearing and entered a guilty plea as to the charge in the Information. The Defendant remains released from custody on bond pending his sentencing. To the Government's knowledge, the Defendant has not violated any of his release conditions.

5. On November 19, 2024, the Court granted the parties' motion to continue the Defendant's sentencing to February 11, 2025. Dkt. No. 46.

6. The Defendant has continued to cooperate with the government, and to the extent helpful will continue to do so as the Government's investigation and prosecution continues, including potentially being called as a witness for the government at trial in *United States v. Carl Alan Zaglin, et al*.

7. In addition, counsel for the Defendant is currently in a bench trial. Counsel for the Defendant needs additional time to prepare for the Defendant's sentencing.

8. The Defendant and Government jointly request the Court continue sentencing to be scheduled no earlier than May 23, 2025. The date reflects thirty days following the approximate length of the trial in *United States v. Carl Alan Zaglin, et al*.

9. This Motion is not being filed to create any unwarranted delay, and the relief requested will not prejudice the Government.

WHEREFORE, the Defendant and Government respectfully move this Court for an order continuing the sentencing hearing until at least May 23, 2025.

January 27, 2025.                                      Respectfully submitted,

                                                       PIÑERA-VAZQUEZ LAW FIRM

                                                       s/ Silvia B. Piñera-Vazquez
                                                       Silvia B. Piñera-Vazquez
                                                       901 Ponce de Leon Boulevard
                                                            Suite 400
                                                       Coral Gables, Florida 33134
                                                       T. 305-443-0629
                                                       E. sbp@pineravazquezlaw.com


GLENN S. LEON                                          MICHAEL S. DAVIS
CHIEF, FRAUD SECTION                                   ACTING UNITED STATES ATTORNEY
CRIMINAL DIVISION                                      SOUTHERN DISTRICT OF FLORIDA
U.S. DEPARTMENT OF JUSTICE


BY:   /s/ Peter L. Cooch                      BY:      /s/ Eli S. Rubin
      Peter L. Cooch                                   Eli S. Rubin
      Anthony Scarpelli                                Assistant United States Attorney
      Trial Attorneys                                  Court ID No. A5503535
      1400 New York Avenue, NW                         99 N.E. 4th Street
      Washington, DC 20005                             Miami, Florida 33132
      (202) 924-6259                                   (305) 961-9247
      Email: Peter.Cooch@usdoj.gov                     Email: Eli.Rubin@usdoj.gov
      Email: Anthony.Scarpelli2@usdoj.gov


## **CERTIFICATE OF SERVICE**

I certify that on this 28 day of January 2025, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

          /s/Peter L. Cooch
          Peter L. Cooch