UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20297-DAMIAN

UNITED STATES OF AMERICA,

    Plaintiff,
v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

**ORDER GRANTING JOINT MOTION TO
CONTINUE SENTENCING HEARING [ECF NO. 53]**

THIS CAUSE is before the Court on the Defendant's Joint Motion to Continue Sentencing Hearing, filed January 28, 2025 [ECF No. 53].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. The Court also notes the United States joins in the Motion. Finding good cause for the requested continuance, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 53]** is **GRANTED**. The Sentencing hearing is reset to June 3, 2025, at 10:00 AM in Miami. The specific courtroom location will be provided to the parties prior to the hearing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 29th day of January, 2025.

                                                MELISSA DAMIAN
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record