UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20297-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN RAMON MOLINA RODRIGUEZ**,

    Defendant.
_____/

## ORDER DENYING JOINT MOTION TO CONTINUE SENTENCING HEARING [ECF NO. 56]

THIS CAUSE is before the Court on the Defendant's Joint Motion to Continue Sentencing Hearing, filed May 23, 2025 [ECF No. 56].

THE COURT has considered the Motion and the pertinent portions of the record and is fully advised in the premises. The Court also notes the United States joins in the Motion. Finding good cause for the requested continuance, it is hereby

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 56]** is **DENIED WITHOUT PREJUDICE**. The parties shall appear before the undersigned as scheduled on June 3, 2025 at 10:00 a.m. for a **STATUS CONFERENCE**. If the parties are not prepared to proceed with the sentencing on that date and time, the Court will hear from the parties at that time regarding a time and date for the sentencing to take place. The specific courtroom location will be provided to the parties prior to the hearing.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of May, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**