UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20297-CR-DAMIAN/VALLE

UNITED STATES OF AMERICA

v.

JUAN RAMON MOLINA RODRIGUEZ,

    Defendant.
_____/

**STATUS REPORT**

    The United States of America (the "Government"), through undersigned counsel, respectfully submits this status report in advance of the Status Conference set for June 3, 2025, at 10 a.m.  *See* Dkt No. 57.  On May 30, 2025, the Government conferred with counsel for Mr. Molina regarding the upcoming Status Conference.  The parties need additional time to prepare for sentencing and, during the Status Conference, will discuss the time and date for the sentencing of Mr. Molina to take place.

| | |
|---|---|
| LORINDA LARYEA<br>ACTING CHIEF, FRAUD SECTION<br>CRIMINAL DIVISION<br>U.S. DEPARTMENT OF JUSTICE | HAYDEN P. O'BYRNE<br>UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA |
| BY:   /s/_____<br>Peter L. Cooch<br>Trial Attorney<br>1400 New York Avenue, NW<br>Washington, DC 20005<br>(202) 924-6259<br>(202) 924-6259<br>Email: Peter.Cooch@usdoj.gov | BY:   /s/_____<br>Eli S. Rubin<br>Assistant United States Attorney<br>Court ID No. A5503535<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 961-9247<br>Email: Eli.Rubin@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on this 2 day of June 2025, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel of record.

          /s/_____
Peter L. Cooch